Debra H., Appellant, v Janice R., Respondent.

Submitted January 19, 2010; decided February 11, 2010

Motion by Family Watch International for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.